ABIJAH B. CURTIS, plaintiff in error, v. JUSTUS B. JONES, defendant in error.—*Judgment affirmed in part and reversed in part, and neither party, as against the other, to have costs in this court.*   M. T. REYNOLDS, for plaintiff in error; H. R. SELDEN, for defendant in error.   This was an

action of replevin, in the *detinet,* in which the defendant avowed the detention of the property as a mechanic having a lien thereon for the manufacturing. And the question arose on demurrer, as to the sufficiency of the plaintiff's plea in bar, setting up a special agreement between them in answer to said avowry. (Reported 3 Denio, 590.)